

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00524-CR

Roger **ZAMORA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR9958
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2025.

_____
Adrian A. Spears II, Justice